IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-BNB

SOLOMON BEN-TOV COHEN, MA (CANTAB),

    Plaintiff,

v.

U.S. CAPITOL POLICE SPECIAL AGENT JOHN DOE, Washington, District of Columbia,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff is a detainee at the Immigration and Customs Enforcement Processing Center in Aurora, Colorado. Plaintiff has filed *pro se* a Prisoner Complaint. The court must construe the complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file an amended complaint.

The court has reviewed Plaintiff's complaint and finds that the complaint fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery*

*Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Although Plaintiff cites a number of statutes in the jurisdiction portion of the complaint form, he fails to link his specific claims to the cited statutes and he fails to allege specific facts that correspond to the cited statutes. For example, Plaintiff asserts jurisdiction pursuant to 28 U.S.C. § 1361, the federal mandamus statute, but he fails to identify which of his claims is a mandamus claim, he does not allege specific facts that could support a mandamus claim, and he does not request any relief in the nature of mandamus. Plaintiff also makes a reference to the Federal Tort Claims Act (FTCA) and he asserts jurisdiction pursuant to 28 U.S.C. § 1346, but it is not clear what tort claim or claims he may be asserting pursuant to the FTCA and he has not named the United States as a Defendant in this action. Finally, Plaintiff refers to alleged violations of his civil rights, but he fails to identify which of his civil rights Defendant allegedly has

2

violated. As a result, Plaintiff fails to set forth a short and plain statement of his claims showing that he is entitled to relief in this action.

Therefore, Plaintiff will be directed to file an amended complaint that complies with the pleading requirements of Rule 8 if he wishes to pursue his claims in this action. Plaintiff is advised that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Plaintiff file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED October 15, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02188-BNB

Solomon Ben-Tov Cohen
Prisoner No. L2580
Alien No. 77309675
Aurora/ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 10/15/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk