IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-BNB

SOLOMON BEN-TOV COHEN, MA (Cantab),

Plaintiff,

v.

SPECIAL AGENT JOHN DOE, United States Capitol Police,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 03 2008

GREGORY C. LANGHAM
CLERK

ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Lewis T. Babcock and to Magistrate Judge Craig B. Shaffer. Accordingly, it is

ORDERED that this case shall be assigned to Judge Lewis T. Babcock pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Craig B. Shaffer.

DATED November 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02188-BNB

Solomon Ben-Tov Cohen
Prisoner No. L2580
Alien No. 77309675
Aurora/ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/3/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk