IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN,
Plaintiff,
v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSH, Agent, U.S. Capitol Police,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 20 2009

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Second Amended Prisoner Complaint (doc. # 12). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 9), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On October 9, 2008, the court granted Plaintiff Mr. Cohen leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Second Amended Prisoner Complaint (doc. # 12) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process, Defendants shall respond to

the Second Amended Prisoner Complaint (doc. # 12) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 19th day of February, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02188-LTB-CBS

Solomon Ben-Tov Cohen
Reg. No. L2580
ICE/GEO Det. Facility
11901 E. 30th Ave.
Aurora, CO 80010-1525

US Marshal Service
Service Clerk
Service forms for: Henry Waxman,
United States Capitol Police, and Fred Bush

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Henry Waxman, United States Capitol Police, and Fred Bush; to Untied States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 2/17/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/20/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk