IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN,
    Plaintiff,
v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSH, Agent, U.S. Capitol Police,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on several matters. Pursuant to the Order of Reference dated November 12, 2008 (doc. # 9) and the memoranda dated May 14, 2009 (doc. # 36) and May 28, 2009 (doc. # 42), these matters were referred to the Magistrate Judge. The court having reviewed the matters, the entire case file, and the applicable law, IT IS ORDERED that:

    1.    As the court explained at the hearing held on May 18, 2009, Mr. Cohen's request "that required forms for obtaining 2 subpoenas be sent to him . . . ," made in a letter filed on May 13, 2009 (doc. # 33), is DENIED at this time as premature.

    2.    In a Minute Order dated May 8, 2009, the court granted Mr. Cohen until July 11, 2009 to file his response to Defendant U.S. Capitol Police's Motion to Dismiss Pursuant to Rule 12(b)(6). Thus, Mr. Cohen's "Motion for Sixty Day Extension of Time Within Which to File Response to Respondent's Motion to Dismiss" (filed May 27, 2009) (doc. # 41) is DENIED as unnecessary.

      3.      As Mr. Cohen has set forth in his "Motion for Sixty Day Extension of Time Within Which to File Response to Respondent's Motion to Dismiss" (doc. # 41), the "Complaint and Demand for Summary Judgment" (filed May 13, 2009) (doc. # 34) is WITHDRAWN.

      4.      Mr. Cohen's "Motion to Amend Name and Address for Defendant Fred Bush aka Busch" (filed May 27, 2009) (doc. # 40) is GRANTED. The Clerk of the Court shall correct the caption to reflect the spelling of Defendant Fred Busch's name.

      5.      Pursuant to the updated address for Defendant Busch provided by Mr. Cohen in his "Motion to Amend Name and Address for Defendant Fred Bush aka Busch" (filed May 27, 2009) (doc. # 40), the court will direct service on Mr. Busch by the U.S. Marshal by a separate order.

      Dated at Denver, Colorado this 29th day of May, 2009.

      BY THE COURT:

      s/Craig B. Shaffer
      United States Magistrate Judge