IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN,
    Plaintiff,
v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSH, Agent, U.S. Capitol Police,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2009

GREGORY C. LANGHAM
    CLERK

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Second Amended Prisoner Complaint (doc. # 12) on Defendant Fred Busch at the address provided to the court by Plaintiff on May 27, 2009. (*See* doc. # 40). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 9), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On October 9, 2008, the court granted Plaintiff Mr. Cohen leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Fred Busch at 947 Watkins Rd, Gaithesburg, Maryland 20882, Tel: (301) 391-6752. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Second Amended Prisoner Complaint (doc. # 12) and summons upon Defendant Fred Busch. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All

costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process, Defendant Busch shall respond to the Second Amended Prisoner Complaint (doc. # 12) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 29th day of May, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02188-LTB-CBS

Solomon Ben-Tov Cohen
Prisoner No. 0016519
Park County Det. Facility
PO Box 965
Fairplay, CO 80440

US Marshal Service
Service Clerk
Service forms for: Fred Bush

Kerry W. Kircher, Assistant Counsel
Office of the General Counsel
**DELIVERED ELECTRONICALLY**

Marcy E. Cook
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Fred Bush: AMENDED COMPLAINT FILED 2/17/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/29/09.

                                         GREGORY C. LANGHAM, CLERK

                                         By: _____
                                                            Deputy Clerk