IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN,
    Plaintiff,
v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSCH, Agent, U.S. Capitol Police,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action is before the court on Mr. Cohen's "Motion to Temporarily Suspend Filing Deadlines" (filed June 30, 2009) (doc. # 48). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 9) and the memorandum dated July 1, 2009 (doc. # 49), this matter was referred to the Magistrate Judge. The court having reviewed the matter and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1. Mr. Cohen's "Motion to Temporarily Suspend Filing Deadlines" (filed June 30, 2009) (doc. # 48) is GRANTED.

2. Mr. Cohen shall file his response to Defendant U.S. Capitol Police's Motion to Dismiss Pursuant to Rule 12(b)(6) (doc. # 20) **on or before August 11, 2009**.

3. Mr. Cohen shall file his response to the Motion to Dismiss of Defendant Henry A. Waxman (doc. # 24) **on or before August 11, 2009**.

Dated at Denver, Colorado this 2nd day of July, 2009.

                              BY THE COURT:

                              <u>   s/Craig B. Shaffer      </u>
                              United States Magistrate Judge