IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN,
    Plaintiff,

v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSH, Agent, U.S. Capitol Police,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on "Defendant Capitol Police's Motion for Order for Service of Process on Defendant Fred Busch" (filed July 17, 2009) (doc. # 51). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 9) and the memorandum dated July 20, 2009 (doc. # 52), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that "Defendant Capitol Police's Motion for Order for Service of Process on Defendant Fred Busch" (filed July 17, 2009) (doc. # 51) is GRANTED. The court will direct service on Defendant Busch by a separate order.

    Dated at Denver, Colorado this 20th day of July, 2009.

                                    BY THE COURT:

                                    s/Craig B. Shaffer
                                    United States Magistrate Judge