IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN,
    Plaintiff,
v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSH, Agent, U.S. Capitol Police,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2009

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Second Amended Prisoner Complaint (doc. # 12) and summons upon Defendant Fred Busch, pursuant to the court's Order on "Defendant Capitol Police's Motion for Order for Service of Process on Defendant Fred Busch." (See doc. # 53). Pursuant to the Order of Reference dated November 12, 2008 (doc. # 9), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . ." On October 9, 2008, the court granted Plaintiff Mr. Cohen leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (See doc. # 2). It is now

ORDERED that as appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Fred Busch **at the address provided to the court by Defendants: United States Postal Inspection Service, Boston Division, 495 Summer Street, Suite 600, Boston MA. 02210-2114**. (See doc. # 51 at ¶ 4). If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Second

Amended Prisoner Complaint (doc. # 12) and summons upon Defendant Fred Busch. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process, Defendant Busch shall respond to the Second Amended Prisoner Complaint (doc. # 12) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 20th day of July, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02188-LTB-CBS

Solomon Ben-Tov Cohen
Prisoner No. A0261647
El Paso County Det. Facility
2739 East Las Vegas Street
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Fred Busch

Katherine McCarron, Assistant Counsel
Office of the General Counsel
**DELIVERED ELECTRONICALLY**

Marcy E. Cook
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Fred Busch: AMENDED COMPLAINT FILED 2/17/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/21/09.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk