# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN

       Plaintiff,

v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSCH, Agent, U.S. Capitol Police,

       Defendants.

---

## ORDER
---

This case is before me on the recommendation of the Magistrate Judge issued and served on September 21, 2009 (Doc 60).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

    ORDERED that the recommendation is accepted as follows:

1. The "Motion to Dismiss of Defendant Henry Waxman" (Doc 24) is GRANTED and Defendant Waxman is dismissed from this civil action, without prejudice to Plaintiff refiling his claims in another venue.

2. "Defendant the U.S. Capitol Police's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" (Doc 20) is GRANTED and Defendant U.S. Capitol Police is dismissed without prejudice from this civil action.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   October 21, 2009