## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN

      Plaintiff,

v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSCH, Agent, U.S. Capitol Police,

      Defendants.

_____

## ORDER
_____

Upon pro se Plaintiff's Appeal of Order (Doc 72 - filed November 3, 2009), which is construed as a Motion to Reconsider, it is

ORDERED that the Motion is DENIED.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   November 4, 2009