**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN

       Plaintiff,

v.

REPRESENTATIVE HENRY WAXMAN, United States Congress,
U.S. CAPITOL POLICE, and
FRED BUSCH, Agent, U.S. Capitol Police,

       Defendants.
_____

**ORDER**
_____

Upon Defendant The U.S. Capitol Police's Response to Plaintiff's "Objection to [60] Report and Recommendations" (Doc 74 - filed November 10, 2009), it is

ORDERED that Plaintiff's pro se Objection to [60] Report and Recommendation (Doc 71) is STRICKEN AS UNTIMELY.

                                   BY THE COURT:

                                     s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED:   November 12, 2009