# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN

       Plaintiff,

v.

FRED BUSCH, Agent, U.S. Capitol Police,

       Defendant.

_____

# ORDER
_____

On Plaintiff's Motion for Entry of Judgment Under Rule 54(b) (Doc 104), and Defendant's Response (Doc 110), the Court concludes that the motion should be denied because the claims on which Plaintiff seeks a Rule 54(b) certification are not final within the meaning of Rule 54(b) and the interests of sound judicial administration favor denial of a Rule 54(b) certification.  Accordingly,

Plaintiff's Motion (Doc 104) is DENIED.

                                                       BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED:   February 25, 2010