**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02188-LTB-CBS

SOLOMON BEN-TOV COHEN,

       Plaintiff,

v.

FRED BUSCH,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Request for Return of Original Exhibit (Doc 141 - filed January 12, 2011) is **GRANTED**. The Clerk of the Court is directed to return Exhibit 6 "submitted conventionally, placed in an envelope and put in over sized documents" attached to Doc 56 to Plaintiff.

Dated:   January 13, 2011
___